UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN W. BARTON,<br><br>               Plaintiff(s),<br><br>  v.<br><br>ANTHONY GEORGE, et al.,<br><br>               Defendant(s). | CASE NO. C25-5110-KKE<br><br>ORDER |

Plaintiff, proceeding *pro se*, requests the Court clarify whether Defendants Anthony George and AG Marketing LLC ("AG Marketing") have filed an answer to his complaint. Dkt. No. 11. The docket shows that no response to Plaintiff's complaint has been filed.

Plaintiff also moves to "hold Mr. George and AG Marketing LLC in default." Dkt. No. 11 at 2. Obtaining a default judgment involves a two-step process laid out in Federal Rule of Civil Procedure 55. First, the plaintiff must request the Clerk of the Court to enter a default. The Clerk enters the default if plaintiff makes a showing, by affidavit or otherwise, that the defendants have been properly served but failed to properly respond or defend the case. Fed. R. Civ. P. 55(a). Second, the plaintiff must move for default judgment. Fed. R. Civ. P. 55(b).

Plaintiff has not completed the first step, so the Court construes Plaintiff's filing as a request for entry of default. *See* Dkt. No. 11. Here, Plaintiff filed an affidavit showing that Defendant Anthony George was served with the complaint on February 25, 2025. Dkt. No. 9.

ORDER - 1

Plaintiff also filed a second affidavit, which shows that AG Marketing was properly served through its registered agent.[1] Dkt. No. 10 at 3; Fed. R. Civ. P. 4(h)(1)(A), (e)(1) (a domestic corporation may be served by following state law for serving a summons); WASH. REV. CODE § 4.28.080(9); *see also id.* § 23.95.450(1).

Therefore, the Court GRANTS Plaintiff's motion for entry of default and DIRECTS the Clerk to enter default against Defendants Anthony George and AG Marketing.

Dated this 29th day of April, 2025.

Kymberly K. Evanson
United States District Judge

---

[1] Florida's Department of State lists Anthony George as the registered agent. *Initial Report for AG Marketing LLC*, Fl. Dep't. of State, https://perma.cc/EP8J-8YNU.

ORDER - 2