1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff<br><br>v.<br><br>Anthony George, AG Marketing LLC, Discount and Savings Advantage, My Retail Savings, Secured ID LLC, ID Integrity LLC, Practical I.D. Protection LLC, MK TELE-VISIT, My Retail Savings, Oneperk Place, Pro Identity Save, SMART, Telehealth4U, Financial Achiever Pro, All Purpose Docs, Dragons Fly Online LLC, AutoSaver365.com, My Family Telemed, My ID Theft Protection, Hyper Fox Enterprises LLC, ID Core Protection LLC,<br>and John Doe 1-10 | Case No.: 3:25-cv-05110-KKE<br><br>Renewed motion for a default judgment against Anthony George's and AG Marketing LLC<br><br>Oral Argument Requested<br><br>NOTED FOR July 25, 2025 |

MOTION FOR DEFAULT JUDGMENT          - 1 / 12

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1      This motion renews Dkt. 15 and addresses the issues that prevented the Court from

2  granting it.  **Given the complexity of the case, I am happy to come to Court to answer questions,**

3  **give additional testimony as the Court requires, and make oral argument.**  I thank the Court for

4  its time spent understanding the long running scam that forms the basis of this lawsuit.  These

5  defendants have created a complex organization to hide AG marketing and Mr. George's

6  involvement. I only figured out who was behind the shell companies because of their mistake.  I

7  emailed one of their shell companies a do-not-call request, and found out they were forwarding

8  emails from the shell company to AG.  But they misconfigured something, and AG was giving

9  an auto-reply which the shell company then forwarded to me.  See Exhibit B.  Had it not been for

10  this mistake I might never have gotten past the shell companies.

11          **Jurisdiction – AG purposely directed their activities into Washington State**

12      AG knew they were reaching into Washington State with their phone calls to both my

13  (469) and my (972) phone numbers because I told them.

14  1.  Every time they charged my credit cards, the phone agent asked for my credit card's

15      billing address and all of my credit card's billing addresses are at my residence in Clark

16      County, Washington.  See the associated declaration ¶¶9-10.  Thus, every time AG or

17      their agent called me and then received my billing address, they received my full street

18      address and knew I lived in Washington State.  See Dkt. 1 ¶368 *Barton asked Mr. George*

19      *to identify which company put Barton's name and address into Mr. George's system*

20      referring to Exhibit A page 4. I told Mr. George *I am probably in your system as a*

21      *"Nathen Barton" at 4618 NW 11th Cir, Camas WA 98607* because I gave that address to

22      the phone agent that charged my credit card.  AG first charged my credit card as a result

23      of a call to my (972) number in call #57 on 6/13/2024.  AG first charged my credit card

as a result of a call to my (469) number in call #99 on 1/9/2025, and then again in call #105 on 1/27/2025.

2. See the email I sent to *support@securedidllc.com* on June 13, 2024, in Exhibit A page 1 requesting they not call my (972) phone number and identifying myself as a Washington State resident. Webpage *securedidllc.com* listed this email address.  See pages 17, 20, & 21 of Exhibit C.  Then see the email I sent to *support@securedidllc.com* on August 14, 2024, in Exhibit A page 5 following up about the scam.

3. See the email I sent to *customersupport@idintegrityllc.com* on June 14, 2024, in Exhibit A page 2 requesting they not call my (972) phone number and identifying myself as a Washington State resident. Webpage *idintegrityllc.com* listed this email address.  See page 9 of Exhibit C.

4. See the email I sent to *contact@practical-id-protection.com* on August 9, 2024, in Exhibit A page 3 requesting they not call my (972) phone number and identifying myself as a Washington State resident. Webpage *practical-id-protection.com* listed this email address.  See page 14 of Exhibit C.

5. See the email I sent to *contact@id-core-protection.com*, *help@myidcoreprotectionus.com*, and *contact@idcoreprotection.com* on December 6, 2024 in Exhibit A page 6 requesting they not call my (972) phone number and identifying myself as a Washington State resident. Webpage *idcoreprotection.com* listed email address *contact@idcoreprotection.com*.  See page 1 of Exhibit C.

They also knew about both my (469) and (972) numbers belonging to a Washington State resident because I told the callers I lived in Washington State and/or that I lived in the 98607 zip code. See the WA column of Dkt. 1 ¶253. I first told them on the (972) phone on 2/9/2023 (Dkt 1

¶253 call #6) and on the (469) phone on 9/19/2023 (Dkt 1 ¶253 call #10).  These were both

DSA/AG agents because those were $100 scam calls.

And finally, calls 5, 38, 46, 76, 77, and 91 were made *from* the Washington State (360)

and (509) area codes.

**Anthony George knew his company was reaching into Washington State
with unwanted calls perpetuating a scam**

I told Mr. George about the Practical ID protection scam on August 9, 2024, and that I

lived in Washington State, and my (972) number.  See Exhibit A page 4 and Dkt. 1 ¶¶364-367.

After telling Mr. George directly that I lived in Washington and about the scam and about my

(972) number, I received two more calls – one on 12/9/2024 (call #96 to the 972 number), and

one on 1/9/2025 (call #99 to the 469 number) – where Practical ID Protection – AG's shell

company - charged my credit card as a result of the calls.  See Dkt 1 page 28:

| | | | | |
|---|---|---|---|---|
| 8/12/2024 | POWER MAC CENTER | $100 Rebate 8.9.2024 #2 | $605.56 | |
| 8/9/2024 | PRACTICAL ID PROTECTIO | 100 rebate 8.9.2024 | $3.49 | DNC sent 8/9/2024 |
| 12/9/2024 | PRACTICAL ID PROTECTION L | 100 12.9.2024 | $3.49 | |
| 1/9/2025 | PRACTICAL ID PROTECTIO | $100 1.9.2025 | $3.49 | |
| 6/14/2024 | PRO IDENTITY SAVE | One Time | $3.82 | |

And another call where ID Integrity LLC charged my card on 1/27/2025 (call #105 to the

469 number):

| | | | | |
|---|---|---|---|---|
| 6/14/2024 | ID INTEGRITY LLC | 100 rebate 6.15.2024 | $3.49 | DNC sent 6/14/2024 |
| 1/27/2025 | ID INTEGRITY LLC | $100 1.27.2025 | $3.49 | |

And a call where ID Core Protection LLC charged my card on 12/6/2025 (call #92 to the

972 number):

| | | | |
|---|---|---|---|
| 12/4/2024 | ID CORE PROTECTION LLC | 100 rebate 12.4.2024 | |
| 12/6/2024 | ID CORE PROTECTION LLC | 100 12.6.2024 | $3.49 |

And two calls where Secured ID LLC charged my card on 11/27/2024 (call #90 to the

972 number) and again on 12/4/2024 (call #92 to the 972 number):

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| | | | | |
|---|---|---|---|---|
| 8/14/2024 | SEC URED ID LLC | $100 Rebate 8/9.2024 #2 | $3.49 | |
| 12/4/2024 | SECURED ID LLC | 100 rebate 12.4.2024 | $3.49 | |
| 11/27/2024 | SECURED ID LLC | 100 rebate 11.27.2024 | $3.49 | |

Mr. George was directly told on 8/9/2024 about the scam, about the calls, and that my (972) phone number and I resided in Washington State, yet he did not stop AG's participation in the scam and he did not stop the calls to me.  Instead, he continued to have AG through its agents call me, and he personally benefitted from the calls.  Dkt. 1 ¶¶370-373.

### *Jones* and *Born* don't help AG or Mr. George

*Jones* and *Born* don't help AG or Mr. George because *Jones* was limited to actual authority and when a principle has such control over an agent it can be held vicariously liable to the same degree that an employer can be held liable for the acts of its employees.  *Accordingly, we limit our analysis these theories . . . Jones*.  *Born* is also distinguishable.  VAD sold vehicle protection contracts issued by Northcoast and administered by Sunpath.  However, neither Northcoast or Sunpath charged consumer's credit cards while the consumer was on the phone with VAD, as was done here. Dkt. 1 ¶¶360-362.  AG and Mr. George are liable under a ratification theory of vicarious liability. *Kristensen v. Credit Payment Servs*., 879 F.3d 1010 (9th Cir. 2018).  AG and Mr. George both knew Mr. Barton was getting unwanted phone calls pitching the gift card scam, and continued to participate in the calls because that's how their business functions. Dkt. 1 ¶¶371-373.

AG and Mr. George are also liable under an apparent authority theory of vicarious liability.  [T]o create apparent authority, the principal must speak, write, or otherwise act toward a third party. *Bridgeview Health Care Ctr., Ltd. v. Clark*, 816 F.3d 935, 939 (7th Cir. 2016).  AG and Mr. George did so by charging Mr. Barton's credit card in the name of AG's shell companies, while Mr. Barton was on the phone with the agent. Dkt. 1 ¶¶360-361.  This would and did give any reasonable person the belief that the caller is acting at the behest of the caller.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1  *Apparent authority results when the principal does something or permits the agent to do*

2  *something which reasonably leads another to believe that the agent had the authority he*

3  *purported to have.* Salyers v. Metro. Life Ins. Co., 871 F.3d 934, 940 (9th Cir. 2017).

4  **The Calls that led to AG's Shell Companies Charging my Credit Cards**

5  The following table identifies which calls led to a credit card charge from one of AG's

6  shell companies – ID Integrity LLC, Practical ID Protection LLC, ID Core Protection LLC, or

7  Secured ID LLC.  See the checked yellow boxes in the AG column.  And it identifies which

8  phone number they called.

9  In 9 calls – seven to the (972) number and two to the (469) number – an AG shell

10  company charged my credit card. These 9 calls are check marked in the AG column.  Each

11  virtual credit card was unique for each call to ensure that the charging entity could only acquire

12  the numbers from that call.  See the associated declaration ¶ 11.

13  The following table is Dkt 1 ¶253, plus phone calls between call #99 and #108 – known

14  calls after 1/9/2025, and the date the amended complaint was filed on 2/7/2025.  See the

15  associated declaration ¶¶6-7.

| # | Call Date | Calling Number | Called Number | DNC | WA | Call Back Note | AG | Caller / Pitch |
|---|-----------|----------------|---------------|-----|-----|----------------|-----|----------------|
| 1 | 11/21/2021 | 610 860 3365 | 469 | | | | | Healthcare Benefit - Robocall |
| 2 | 11/25/2022 | 972 298 2480 | 972 | | | | | Healthcare Benefit - Robocall |
| 3 | 1/6/2023 | 281 972 2608 | 469 | ✓ | | | | Healthcare Benefit |
| 4 | 1/17/2023 | 225 297 1231 | 469 | | | | | Healthcare Benefit |
| 5 | 1/24/2023 | 360 949 7197 | 469 | | | | | Healthcare Benefit - Robocall |
| 6 | 2/9/2023 | 972 200 6590 | 972 | ✓ | ✓ | $100 | | Health Guys Marketplace |
| 7 | 4/23/2023 | 646 914 4655 | 469 | ✓ | | | | Enrollment Center |
| 8 | 8/29/2023 | 239 268 3091 | 972 | ✓ | | | | Healthcare Benefit |
| 9 | 9/19/2023 | 682 681 0285 | 469 | | | $100 | | |
| 10 | 9/19/2023 | 469 425 8035 | 469 | | ✓ | $100 | | Enrollment Center |
| 11 | 10/4/2023 | 940 356 1962 | 972 | | ✓ | $100 | | Colonial Pen |
| 12 | 10/5/2023 | 302 866 3824 | 972 | | | $100 | | |
| 13 | 11/6/2023 | 920 485 8182 | 469 | | | $100 | | |

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| 14 | 11/16/2023 | 972 432 5970 | 972 | ✓ | | | | Enrollment Center |
| 15 | 11/20/2023 | 808 460 3276 | 972 | | | $100 | | |
| 16 | 11/27/2023 | 276 218 8624 | 972 | | | $100 | | |
| 17 | 11/30/2023 | 972 495 7447 | 972 | ✓ | | | | Enrollment Center |
| 18 | 12/21/2023 | 218 419 5444 | 972 | | | $100 | | |
| 19 | 1/17/2024 | 260 704 9507 | 469 | ✓ | | $100 | | $1800 - ACA Healthcare Department |
| 20 | 1/24/2024 | 617 286 8716 | 972 | | | $100 | | |
| 21 | 1/30/2024 | 302 317 9126 | 469 | ✓ | | | | $1,800 |
| 22 | 1/30/2024 | 458 800 1465 | 469 | | | | | $1,800 |
| 23 | 1/30/2024 | 573 246 7656 | 469 | | ✓ | | | $1,800 |
| 24 | 1/30/2024 | 678 752 6065 | 469 | | | | | $1,800 |
| 25 | 1/30/2024 | 517 940 9648 | 469 | ✓ | | | | $1800 - Healthcare Department |
| 26 | 2/1/2024 | 207 204 9697 | 469 | ✓ | | | | $1,800 |
| 27 | 2/1/2024 | 304 317 6809 | 469 | ✓ | | | | $1,800 |
| 28 | 2/1/2024 | 651 362 3540 | 469 | ✓ | | | | $1800 - Told I am on blacklist |
| 29 | 2/1/2024 | 802 209 3444 | 469 | ✓ | | | | $1,800 |
| 30 | 2/2/2024 | 260 440 7704 | 972 | | | $100 | | $1,800 |
| 31 | 2/2/2024 | 520 518 8120 | 469 | ✓ | | | | $1,800 |
| 32 | 2/2/2024 | 561 608 1521 | 469 | ✓ | | | | $1,800 |
| 33 | 2/2/2024 | 603 484 8395 | 469 | | ✓ | | | $1,800 |
| 34 | 2/21/2024 | 409 271 2932 | 469 | | | | | Interactive Home Security |
| 35 | 2/27/2024 | 469 305 6402 | 469 | | | $100 | | |
| 36 | 3/21/2024 | 802 798 8606 | 469 | | ✓ | | | $1,800 |
| 37 | 4/15/2024 | 847 551 0255 | 972 | ✓ | | $100 | | Marketplace |
| 38 | 4/16/2024 | 360 573 3912 | 972 | | ✓ | | | Healthcare Benefit |
| 39 | 4/22/2024 | 254 786 0051 | 972 | ✓ | | | | Healthcare Benefit |
| 40 | 4/23/2024 | 505 808 4721 | 469 | ✓ | | $100 | | Interactive Home Security |
| 41 | 4/25/2024 | 972 503 8150 | 972 | | ✓ | | | Healthcare Benefit |
| 42 | 5/14/2024 | 201 885 6946 | 972 | | | Hello? | | |
| 43 | 5/29/2024 | 405 786 5432 | 972 | | | Hello? | | |
| 44 | 6/3/2024 | 530 291 1968 | 972 | | | $100 | | Alex Car Accident |
| 45 | 6/5/2024 | 302 522 1869 | 972 | ✓ | | | | Future Home Renovation |
| 46 | 6/6/2024 | 206 804 8756 | 972 | | | | | Healthcare Marketplace |
| 47 | 6/11/2024 | 408 865 0746 | 972 | | ✓ | | | Interactive Home Security |
| 48 | 6/11/2024 | 318 653 6821 | 972 | ✓ | ✓ | $100 | | Senior Benefits |
| 49 | 6/12/2024 | 562 232 7311 | 972 | | | $100 | | |
| 50 | 6/12/2024 | 216 966 1712 | 972 | | | $100 | | Healthcare Benefits |
| 51 | 6/12/2024 | 806 483 4142 | 972 | | | Hello? | | Healthcare Benefit |
| 52 | 6/12/2024 | 463 724 4073 | 972 | | | Hello? | | |
| 53 | 6/12/2024 | 724 235 7510 | 972 | | | Hello? | | |
| 54 | 6/12/2024 | 806 483 4142 | 972 | | | Hello? | | |
| 55 | 6/12/2024 | 224 371 3470 | 972 | | ✓ | Hello? | | Healthcare Benefits |

| # | Date | Phone | Code | | | Amount | Description | |
|---|---|---|---|---|---|---|---|---|
| 56 | 6/12/2024 | 341 229 1815 | 972 | | ✓ | Hello? | Health | |
| 57 | 6/13/2024 | 740 239 9492 | 972 | | | $100 | Heal | ✓ |
| 58 | 6/13/2024 | 531 281 0879 | 972 | | | $100 | Hea | |
| 59 | 6/13/2024 | 216 865 8295 | 972 | | | Hello? | | |
| 60 | 6/13/2024 | 940 209 4112 | 972 | | | Hello? | | |
| 61 | 6/14/2024 | 463 766 4592 | 469 | | | $100 | | |
| 62 | 6/14/2024 | 779 991 1280 | 972 | | | Hello? | double call | |
| 63 | 6/17/2024 | 928 395 3227 | 972 | ✓ | | Health | Benefit | |
| 64 | 6/20/2024 | 669 629 3371 | 972 | | | $100 | | |
| 65 | 6/26/2024 | 765 390 2736 | 972 | | | $100 | | |
| 66 | 7/2/2024 | 719 403 2697 | 972 | | | $100 | | |
| 67 | 7/10/2024 | 220 300 2921 | 972 | | | $100 | | |
| 68 | 7/12/2024 | 845 409 5098 | 972 | | | | Health | |
| 69 | 7/15/2024 | 516 789 1699 | 972 | | | $100 | | |
| 70 | 7/19/2024 | 815 570 0962 | 972 | | ✓ | $100 | James - FE robocall | |
| 71 | 7/22/2024 | 731 310 4539 | 972 | | ✓ | $100 | Futur | |
| 72 | 7/22/2024 | 765 831 7870 | 972 | | | | Futur | |
| 73 | 7/26/2024 | 561 349 8331 | 972 | | | $100 | | |
| 74 | 7/30/2024 | 239 361 4219 | 972 | | ✓ | $100 | Futur | |
| 75 | 7/30/2024 | 940 209 4676 | 972 | ✓ | ✓ | $100 | Fut | |
| 76 | 7/31/2024 | 206 538 6863 | 972 | | | $100 | | |
| 77 | 7/31/2024 | 206 538 6863 | 972 | ✓ | | $100 | uture Home Renovation | |
| 78 | 8/9/2024 | 501 273 2578 | 972 | | | $100 | | ✓ |
| 79 | 8/12/2024 | 972 416 7777 | 972 | | | | James Final Expense Robocall | |
| 80 | 8/16/2024 | 820 222 2270 | 972 | | | | Future Home Renovation | |
| 81 | 8/16/2024 | 972 416 7777 | 972 | | | | ames Final Expense Robocall | |
| 82 | 8/20/2024 | 972 403 1876 | 972 | | | | ames Final Expense Robocall | |
| 83 | 8/21/2024 | 361 210 2816 | 469 | | | Hello | | |
| 84 | 9/17/2024 | 956 710 3961 | 972 | | | $100 - Hello? | De...relief - double call rec...ng | |
| 85 | 9/20/2024 | 443 753 2628 | 972 | | ✓ | | Futu...ome Renovation | |
| 86 | 9/23/2024 | 415 524 8757 | 972 | | ✓ | | Futu...ome Renovation | |
| 87 | 9/23/2024 | 737 287 1583 | 972 | | | Hello? | | |
| 88 | 10/1/2024 | 405 369 2163 | 972 | ✓ | | $100 | Home S...ty - Malvo? | |
| 89 | 11.18.2024 | 774 250 8750 | 972 | | | $100 | Medical | |
| 90 | 11.27.2024 | 940 375 0827 | 972 | | ✓ | $100 | | ✓ |
| 91 | 12.4.2024 | 360 949 1646 | 972 | | | $100 | | ✓ |
| 92 | 12.5.2024 | 901 440 3557 | 972 | | | $100 | | ✓ |
| 93 | 12.5.2024 | 978 881 6037 | 972 | | | $100 | | |
| 94 | 12.6.2024 | 979 465 3613 | 972 | | | $100 | | |
| 95 | 12.6.2024 | 915 277 3992 | 972 | | | $100 | | ✓ |
| 96 | 12.9.2024 | 631 977 7846 | 972 | | | $100 | | ✓ |
| 97 | 12.11.2024 | 989 340 6362 | 972 | | | $100 | | |

Callout annotations:

(972) Do not call request sent to Secured ID LLC in Exhibit A page 1

(972) Do not call request sent to ID Integrity LLC in Exhibit A page 2

(972) Do not call request sent to Practical ID Protection LLC in Exhibit A page 3

Anthony George is personally asked to stop calling (972) number in Exhibit A page 4

| 98 | 12.12.2024 | 479 465 3675 | 469 | | | $100 | | |
|---|---|---|---|---|---|---|---|---|
| 99 | 1.9.2025 | 469 262 3593 | 469 | | ✓ | $100 | ✓ | |
| 100 | 1.15.2025 | 609 416 8548 | 469 | | | $100 | | |
| 101 | 1.24.2025 | 314 936 0388 | 469 | | | $100 | | |
| 102 | 1.24.2025 | 601 439 5740 | 469 | | | $100 | | |
| 103 | 1.24.2025 | 901 587 7606 | 469 | | | $100 | | |
| 104 | 1.24.2025 | 940 253 3508 | 469 | | | $100 | | |
| 105 | 1.25.2025 | 541 581 2474 | 469 | | | $100 | | |
| 106 | 1.26.2023 | 469 381 3035 | 469 | ✓ | | | | Healthcare Benefits |
| 107 | 1.27.2025 | 314 936 0388 | 469 | | | $100 | ✓ | |
| 108 | 1.30.2025 | 480 480 4176 | 469 | | | $100 | | |

**AG Marketing and Mr. George are liable for all the calls**

In Dkt. 17, the Court said:

> To the extent Plaintiff wishes to impute any actions by one defendant to
> others, whether for purposes of liability or jurisdiction, any subsequent
> motion for default judgment needs to more clearly explain how and why
> the Court should make such a connection.

AG Marketing and Anthony George are liable for calls on behalf of their shell companies

- ID Integrity, Practical ID, Secured ID, and ID Core Protection for the following reasons:

I first realized Practical ID Protection was a front for AG marketing when I sent a do-not-

call request to contact@proactical-id-protection.com.  I learned emails sent to this email address

were being forwarded to an address at agmarketingflorida.com.  See Exhibit B.  Then I found

that all the shell company websites were hosted via AG's hosting accounts.  Dkt. 1 ¶¶60, 71, 85,

92, and 103. By calling the different phone numbers on the websites and asking for AG

Marketing, I learned that AG answers the phones.  Dkt. 1 ¶¶68, 83, 102.  AG receives the emails

sent to the shells.  Dkt. 1 ¶¶69, 84.  Dkt. 1 ¶73: AG receives a share of ID Integrity's profits. Dkt.

1 ¶74: ID Integrity is a shell through which AG runs its own business. Dkt. 1 ¶87: Dkt. 1 AG

receives a share of Practical ID's profits. ¶88: Practical ID is a shell through which AG runs its

own business. Dkt. 1 ¶93: AG receives a share of ID Core Protection LLC's profits. Dkt. 1 ¶94:

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1  ID Core Protection LLC is a shell through which AG runs its own business. Dkt. 1 ¶105: AG

2  receives a share of Secured ID's profits. Dkt. 1 ¶106: Secured ID is a shell through which AG

3  runs its own business.

4      While an AG shell company did not charge every credit card in Dkt. 1 ¶274, they did

5  charge 9 of the 19. [I testify in my declaration ¶9 that the date in the credit card name is the date

6  of the call].

|  | Credit card | AG Shell company |
|---|---|---|
| 1 | $100 1.27.2025 | ID INTEGRITY LLC |
| 2 | $100 1.9.2025 | PRACTICAL ID PROTECTION LLC |
| 3 | $100 Rebate 8,9.2024 #2 | SECURED ID LLC |
| 4 | $125 Rebate 7.30.2024 | - |
| 5 | 100 12.17.2024 | - |
| 6 | 100 12.18.2024 | - |
| 7 | 100 12.6.2024 | ID CORE PROTECTION LLC |
| 8 | 100 12.9.2024 | PRACTICAL ID PROTECTION LLC |
| 9 | 100 rebate 12.4.2024 | - |
| 10 | 100 gift card 6.20.2024 | - |
| 11 | 100 rebate 11.27.2024 | SECURED ID LLC |
| 12 | 100 rebate 12.4.2024 | SECURED ID LLC |
| 13 | 100 rebate 6.13.2024 | ID INTEGRITY LLC, SECURED ID LLC |
| 14 | 100 rebate 7.22.2024 | - |
| 15 | 100 rebate 8.9.2024 | PRACTICAL ID PROTECTION LLC |
| 16 | 100 voucher 10.1.2024 | - |
| 17 | 100 voucher 11.18.2024 | - |
| 18 | 453641XXXXXX9218 | - |
| 19 | One Time | - |

7      AG did not have to charge every card for the all the calls to be initiated on AG's behalf.

8      PillPack cites no authority to establish a call may only be "initiated" on
9  behalf of one **seller** and the Court agrees with Williams that the fact that
10  the Performance Media campaign calls may have been initiated on behalf
11  of multiple **sellers** does not necessitate individualized inquiries or
12  evidence. *Williams v. Pillpack LLC*, 343 F.R.D. 201, 209 (W.D. Wash.
13  2022).

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1    At AG's charging 9 of the 19 cards, the Court should find that either all of DSA's calls

2    were on behalf of AG, or the Court should find that 9/19, or 47% of DSA's 105 calls addressed

3    in this lawsuit were on behalf of AG.  And as I pointed out in Dkt. 1 ¶¶360-361, only when AG's

4    shell companies charged my credit card was it charged while on the call with the telemarketer.

5    In ¶371, Mr. George admitted he can't stop the scam calls because that is how his business

6    functions.

7                              **The artificial or prerecorded Voice Calls**

8    The artificial or prerecorded voice calls are #1, #2. #5, #70, #79, #81, and #82 in the call

9    table of Dkt. 1 ¶253.  See the associated declaration ¶12.  While none of them led to a credit card

10    charge, AG and Mr. George are just as responsible for the calls as the rest of the voice calls

11    because the Telemarketer was calling on their behalf just as much as the other Sellers.  See

12    *Pillpack*:

13             PillPack argues this definition of "seller" [the person or entity on whose
14             behalf a telephone call or message is initiated] precludes resolution on a
15             class-wide basis because calls [**14]  transferred to PillPack "were
16             placed as part of a general pharmacy partners campaign for a number of
17             pharmacies" and "[t]he agent handling each call did not know to which
18             entity it would be transferred (if at all) at the time an outbound call was
19             placed." (Dkt. No. 243 at 21.) According to PillPack, the Court would
20             have to individually examine each call to determine on whose behalf the
21             call was initiated.

22    While it is unclear what actual control AG had over the Telemarketer, they had the ability

23    to stop doing business with a Telemarketer obtaining credit cards via a scam, or at least do an

24    investigation, and they chose to do neither and continued doing business with the Telemarketer.

25    Dkt. 1 ¶346 *No Seller investigated the Telemarketer after hearing Barton's report.*

26                              **Service on Remaining Defendants**

MOTION FOR DEFAULT JUDGMENT              - 11 / 12              NATHEN BARTON
                                                              4618 NW 11TH CIR
                                                              CAMAS WA 98607

1    The Court is correct that only AG and Mr. George have been served.  The other

2  defendants can be dismissed without prejudice.

3                                    **CONCLUSION**

4    Mr. George believed he had insulated AG Marketing and himself from a TCPA lawsuit

5  by using shell companies to make unwanted calls and charge the credit cards, while he pocketed

6  the money.  Mr. Barton asks the Court to show him he is incorrect by granting a default

7  judgment on the above claims.  If needed to understand all the entities, calls, and elements, Mr.

8  Barton is happy to attend a court hearing.  If the default judgment is granted, Mr. Barton will

9  follow up with a spreadsheet doing the math of the various statutory damage claims and identify

10  which calls occurred before and after the state telemarketing law changes of July 23, 2023.  If the

11  Court is not inclined to award $500 per call under 47 U.S. Code § 227(c) or treble damages

12  under 47 U.S. Code § 227, Mr. Barton asks for a jury trial on these issues.

15  July 25, 2025



18                (Nathen Barton)

20  Nathen Barton
21  BlueWind33@ProtonMail.com
22  (360) 241-7255

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607